The relief described hereinbelow is SO ORDERED

Done this 20th day of April, 2021.

**William R. Sawyer**
**United States Bankruptcy Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | BANKRUPTCY CASE NUMBER |
| TONY R. MONEY, | ) | 20-11536 |
| | ) | CHAPTER 7 CASE |
| DEBTOR. | ) | |

| | | |
|---|---|---|
| TONY R. MONEY, | ) | |
| | ) | |
| PLAINTIFF, | ) | |
| | ) | |
| VS. | ) | A.P. NO.    20-01004 |
| | ) | |
| BANK OF AMERICA, N.A., | ) | |
| | ) | |
| DEFENDANT. | ) | |

**ORDER AVOIDING JUDICIAL LIEN OF SOUTHEAST ALABAMA MEDICAL CENTER**

In the above-styled adversary proceeding, the Plaintiff, TONY R. MONEY, filed a complaint to avoid a judicial lien. The defendant, having received service of the summons and complaint, has no defense to the relief prayed for in the complaint.

Therefore, it is **ORDERED, ADJUDGED AND DECREED** that the judgment of Bank of America,

Case 21-01004    Doc 10    Filed 04/20/21    Entered 04/20/21 14:53:09    Desc Main
Document    Page 1 of 2

N.A., recorded on May 18, 2018, in the Probate Office of Houston County, Alabama, at Judgment Book 144, Page 522, is avoided, both to the extent allowed by 11 U.S.C. § 522 as it would impair the Debtor's exemptions and as allowed by U.S.C. § 506 as evidence of any lien against the Debtor's present assets or assets acquired hereafter.

It is further **ORDERED, ADJUDGED AND DECREED** that the Debtor may obtain a certified copy of this order and thereafter record same in the Probate Office of Houston County, Alabama, for the purpose of placing the Defendant, Bank of America, N.A., and future creditors on notice liability that the aforementioned judgment has been discharged and this particular judgment would no longer constitute a basis to impair either the plaintiff/debtor's present assets or any assets which he may acquire hereinafter.

### END OF ORDER ###

This Order prepared and submitted by:

/s/ *J. Kaz Espy*

J. Kaz Espy (ASB-0122-A63E)
Attorney for Plaintiff/Debtor
Post Office Drawer 6504
Dothan, Alabama 36302-6504
334-793-6288
lynnia@espymetcalf.com

This Order consented to by:

/s/ *Amanda M. Beckett*

Amanda M. Beckett (ASB-1884-N75B)
Attorney for Bank of America, N.A.
Rubin Lublin, LLC
3145 Avalon Ridge Place
Suite 100
Peachtree Corners, Georgia  30071
770-246-3300
amandambeckett@rlselaw.com

cc:    Debtor
       Bank of America, N.A.
       Trustee
       Bankruptcy Administrator